IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VARO-REAL INVESTMENTS, INC.,

    Plaintiff,

  v.

MARIO SANDER, et al.,

    Defendants.

No. C 19-07289 WHA

**ORDER DENYING ATTENDANCE BY TELEPHONE**

The Court **DENIES** plaintiff's motion to call into the hearing due to the courtroom configuration making it impractical to conduct hearings over the phone. Please attend the hearing in person.

**IT IS SO ORDERED.**

Dated: November 22, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE